**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

**(609) 989-2040**

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

April 4, 2019

**LETTER ORDER**

Re:   **Walker, et al. v. Sam's West, Inc., et al.**
      **Civil Action No. 18-12351 (BRM)**

Dear Counsel:

In light of the continuation of Plaintiff's medical treatment, this matter is administratively terminated and shall be reopened upon sufficient completion of treatment. The parties are to submit a status update to the Court by **August 15, 2019**.

**IT IS SO ORDERED.**

          s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**